# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

REGINALD DUNAHUE
ADC #106911                                                          PLAINTIFF

v.                      No. 2:18-cv-103-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, № 8, and overrules Dunahue's objections, № 24. FED. R. CIV. P. 72(b)(3). Dunahue may proceed with his due process, equal protection, conditions of confinement, retaliation, and access to news claims. His other claims are dismissed without prejudice; and Defendants Broadway and Branch are dismissed.

So Ordered.

*/s/* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

15 October 2018