# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

REGINALD DUNAHUE
ADC #106911                                               PLAINTIFF

v.                      No. 2:18-cv-103-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                  DEFENDANTS

## ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, № 40, and overrules Dunahue's objections, № 44 & № 48–49. FED. R. CIV. P. 72(b)(3). The issue at this stage isn't whether Dunahue should win on his underlying claims; it's whether he's cleared the high bar required to get preliminary injunctive relief. He hasn't. His motions, № 6 & № 26, are therefore denied.

2. The Court cautions Dunahue: in his future filings, he must speak with courtesy and respect.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2019