# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

## REGINALD DUNAHUE
## ADC #106911

**PLAINTIFF**

v.                          **No. 2:18-cv-103-DPM-PSH**

## WENDY KELLEY, Director, Arkansas
## Department of Correction, *et al.*

**DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, № *67*, and overrules Dunahue's objections, № *71–72*. FED. R. CIV. P. 72(b)(3). Courts must view prisoners' requests for injunctive relief "with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration." *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) (quotation omitted). Viewed with that caution, Dunahue's motion doesn't show that irreparable harm is likely without a preliminary injunction. It is therefore denied. № *64*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 May 2019_