# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

REGINALD DUNAHUE
ADC #106911                                                    **PLAINTIFF**

v.                              No. 2:18-cv-103-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                    **DEFENDANTS**

## ORDER

**1.** Motion to reconsider, № 82, denied. The Court's 16 May 2019 Order did not dismiss any of Dunahue's Eighth Amendment conditions of confinement claims. № 78 at 2.

**2.** On *de novo* review, the Court adopts the partial recommendation, № 79, and overrules Dunahue's objections, № 83. FED. R. CIV. P. 72(b)(3). Dunahue's fourth motion for preliminary injunctive relief, № 76, is denied.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 July 2019