# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**REGINALD DUNAHUE**
**ADC #106911**                                                                    **PLAINTIFF**

v.                              No. 2:18-cv-103-DPM-PSH

**WENDY KELLEY, Director, Arkansas**
**Department of Correction,** *et al.*                                  **DEFENDANTS**

### ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, № 116. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion to dismiss, № 101, is denied without prejudice. Dunahue must attend a rescheduled deposition. If he fails to appear again, then the Court will dismiss his case absent truly extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2020