# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**REGINALD DUNAHUE**
**ADC #106911**                                                          **PLAINTIFF**

v.                           No. 2:18-cv-103-DPM-PSH

**WENDY KELLEY, Director, Arkansas**
**Department of Correction,** *et al.*                                   **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, № 119, and overrules Dunahue's objections, № 122. FED. R. CIV. P. 72(b)(3). Dunahue's fifth motion for preliminary injunctive relief, № 117, is denied. If Dunahue wants to challenge the conditions at Cummins, he must do so in another case, not this one, which is about his January 2018 disciplinary and placement in punitive segregation at another facility.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2020