# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**REGINALD DUNAHUE**                                                                    **PLAINTIFF**
**ADC #106911**

v.                          No: 2:18-cv-00103 DPM-PSH

**WENDY KELLEY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court's deadline for discovery in this case is July 15, 2020, and the deadline for dispositive motions is August 15, 2020. *See* Doc. No. 125. Defendants move for an order staying all deadlines in this case due to prison restrictions imposed because of the COVID-19 pandemic (Doc. No. 127). Because the prison is currently closed to all outside visitors, defendants are unable to take Plaintiff Reginald Dunahue's deposition.

The Court grants defendants' motion. This case is stayed for a period of six months, and the Clerk's office is directed to administratively terminate this case pending further order. Defendants' counsel shall file a report with the Court in six months informing the Court whether the stay may be lifted. If defendants are still unable to take Dunahue's deposition in person at that time, they must describe whether any other options are available for taking Dunahue's deposition remotely.

Defendants' counsel may contact chambers to discuss use of the Court's technology if needed.

    IT IS SO ORDERED this 10th day of July, 2020.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE