IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REGINALD DUNAHUE
ADC #106911                                                          PLAINTIFF

v.                       No. 2:18-cv-103 DPM

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                   DEFENDANTS

## ORDER

Status report, *Doc. 133*, appreciated. The Court directs the Clerk to reopen this case and lift the stay. *Doc. 128.* The Court returns this case to Magistrate Judge Harris for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2021