IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REGINALD DUNAHUE
ADC #106911                                                                                               PLAINTIFF

v.                               No. 2:18-cv-103-DPM-PSH

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                                              DEFENDANTS

## ORDER

Objection, *Doc. 151*, overruled. Magistrate Judge Harris did not clearly err or misapply the law in denying Dunahue's motion for hearing. *Doc. 150*; FED. R. CIV. P. 72(a). Dunahue is not entitled to a hearing to gather evidence for his claims.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 April 2021