IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REGINALD DUNAHUE
ADC #106911                                                              PLAINTIFF

v.                          No. 2:18-cv-103-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; MARSHALL
D. REED, Chief Deputy, Arkansas Department
of Correction; JEREMY C. ANDREWS, Warden,
EARU, ADC; JAMES DYCUS, Deputy Warden,
EARU, ADC; DAVID KNOTT, Major, EARU,
ADC; and STEPHANIE PALMER, Sergeant,
East Arkansas Maximum Security Unit, ADC           DEFENDANTS

ORDER

1. Motions for copies and status, *Doc. 191 & 193*, partly granted and partly denied. The Court directs the Clerk to send Dunahue a copy of the docket sheet. The Court has not entered a final Order and is reviewing the pending motions for summary judgment.

2. Motion to appoint counsel, *Doc. 192*, denied. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). Dunahue must continue doing his best; and the Court will continue to liberally construe his *pro se* filings.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

19 September 2022