IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REGINALD DUNAHUE
ADC #106911                                                              PLAINTIFF

v.                          No. 2:18-cv-103-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; MARSHALL
D. REED, Chief Deputy, Arkansas Department
of Correction; JEREMY C. ANDREWS, Warden,
EARU, ADC; JAMES DYCUS, Deputy Warden,
EARU, ADC; DAVID KNOTT, Major, EARU,
ADC; MORIEON KELLEY, Captain, EARU;
STEPHANIE PALMER, Sergeant, East Arkansas
Maximum Security Unit, ADC; LATOSHA
DAVIS, Lieutenant, EARU, ADC; KATHEY
BAXTER, Corporal/S.E.T. Team, East Arkansas
Maximum Security Unit, ADC; DEMARCUS
LEWIS, Corporal/S.E.T. Team, East Arkansas
Maximum Security Unit, ADC; TERENCE
AKINS, Corporal/S.E.T. Team, East Arkansas
Maximum Security Unit, ADC; ERMA BELL,
Kitchen Captain, EARU, ADC; EMMER
BRANCH, Deputy Warden, ADC, East Arkansas
Regional Unit; WALLACE MCNARY, Captain,
ADC, East Arkansas Regional Unit; GEORGETTE
BROADWAY, Grievance Officer, ADC, East
Arkansas Regional Unit; and JUSTINE MINOR,
Disciplinary Judge, ADC, East Arkansas Regional
Unit                                                                    DEFENDANTS

## JUDGMENT

Dunahue's official capacity claims for money damages, claims about being shackled during recreation time, and due process claims against Knott, Dycus, Reed, and Andrews are dismissed with prejudice. His remaining claims are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2023